UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re   Associate Professor Robert Howard, J. D., Ph.D.
         Georgia State University
         Academic Research Project

**MISCELLANEOUS NO.** 2:09-mc-0150

### GENERAL ORDER REGARDING TEMPORARY EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES (PACER)

Consistent with Judicial Conference policy, courts may, upon a showing of cause, exempt indigents, bankruptcy case trustees, individual researchers associated with educational institutions, courts, section 501(c)(3) not-for-profit organizations, court appointed pro bono attorneys, and pro bono ADR neutrals from a fee for electronic access to Court data.

This Court has considered the request filed in the U. S. District Court in the Southern District of West Virginia from Robert Howard, J.D., Ph.D., Associate Professor, Director of Undergraduate Studies and Editor, Justice System Journal at Georgia State University, seeking an exemption from PACER fees from September 1, 2009 to September 1, 2010 for research purposes and academic scholarship.

In order to avoid unreasonable burdens and to promote public access to information and consistent with Judicial Conference policy, it is, therefore, ORDERED that Robert Howard be granted an exemption from the fees for electronic access to court data (PACER) for the period September 1, 2009 to September 1, 2010, for cases filed in the United States District Court for the Southern District of West Virginia. Data obtained will be used strictly for research purposes and not for any financial benefit.

The Clerk is directed to send a copy of this Order to the PACER Service Center.

ENTERED: August 5, 2009

Joseph R. Goodwin, Chief Judge